UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-Cr-60010-CR-DIMITROULEAS

(Magistrate Judge Valle – for bond purposes)

UNITED STATES OF AMERICA

v.

MICHAEL SZAFRANSKI
_____/

## DEFENDANT'S MOTION TO CLARIFY
## ONE OF HIS BOND CONDITIONS

Defendant MICHAEL SZAFRANSKI, through counsel, respectfully moves this Court for an Order clarifying Special Condition "q" of his bond, which prohibits "access to personal identifiers of others." In support of this motion, Szafranski states:

1. On February 5, 2015, Szafranski voluntarily surrendered in connection with the indictment in this matter.

2. The Court (Magistrate Judge Valle) accepted the agreement of the parties and released Szafranski on a $250,000 personal surety bond.

3. One of the conditions imposed by the Court is that Szafranski have "no access to personal identifiers of others." See Doc. #11, Special Condition "q."

4. Szafranski owns a business, Auto Group of Hollywood, which operates an AAMCO transmission shop at 1631 North State Road 7 in Hollywood. The business accepts credit cards over the phone and in person and also runs credit applications.

5. As part of its ordinary course of business, it needs to obtain identifiers such as

driver's license information, credit card numbers, and social security numbers in order to process credit applications and to verify credit card information.

6. It would be impossible for the business to operate without this information.

7. The charges against Szafranski have nothing to do with access devices. There is no allegation that Szafranski misused credit cards or personal identifying information.

8. It would pose a serious financial hardship to Szafranski for his business to not be able to obtain this information in the ordinary course.

9. Accordingly, Szafranski respectfully requests clarification that the Special Condition of Bond "q" does not preclude his AAMCO business from obtaining personal identifiers in the ordinary course of business.

10. Undersigned counsel sent an e-mail to Assistant U.S. Attorneys Schwartz, Kaplan, and Lavecchio regarding this motion and is awaiting their response. However, because of the immediate need for clarification for this operating business, undersigned counsel is filing this motion before receiving their response.

> Respectfully submitted,
>
> /s/Howard M. Srebnick
> Howard M. Srebnick, Esq.
> (FL Bar No. 919063)
> **Black Srebnick Kornspan & Stumpf, P.A.**
> 201 South Biscayne Boulevard, Suite 1300
> Miami, Florida 33131
> Hsrebnick@RoyBlack.com
> (305) 371-6421
> *Temporary Appearance for Michael Szafranski*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed and served on all parties through CM/ECF this 6th day of February, 2015.

/s Howard M. Srebnick
HOWARD M. SREBNICK, ESQ.
