UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-Cr-60010-CR-DIMITROULEAS

UNITED STATES OF AMERICA

v.

MICHAEL SZAFRANSKI

_____/

**DEFENDANT'S UNOPPOSED MOTION TO TRAVEL**

Defendant MICHAEL SZAFRANSKI, through counsel, respectfully moves the Court for an Order permitting him to drive from the Southern District of Florida to the Eastern District of New York beginning on June 14, 2015, and return by airplane on June 22, 2015. The government does not oppose this motion. In support of this motion, Szafranski states:

1. On February 15, 2015, Szafranski was released on a $250,000 personal surety bond, with conditions that permit him to travel to and from the Southern District of Florida and the Eastern District of New York (where his parents and wife's family reside). *See* Doc. #11. He has complied with his conditions.

2. Szafranski is seeking permission to drive his wife and children by car to the Eastern District of New York beginning on June 14, 2015, but to also make stops along the way in Orlando, Savannah, Myrtle Beach, the Washington, D.C. area, and Philadelphia, as part of a family sightseeing trip.

3. Szafranski would notify the Probation Office of his itinerary in advance of travel, but his intended overnight stays are in Savannah (June 14), Myrtle Beach (June 15),

Washington, D.C. or Williamsburg, VA (June 16), and Philadelphia (June 17). He would arrive on Long Island on June 18.

4. Szafranski would return to the Southern District of Florida by airplane on June 22, 2015, while his family remains in New York for the summer.

5. Szafranski also seeks permission to visit Manhattan (Southern District of New York) while in the New York area.

6. AUSA Lawrence LaVecchio has advised that the government does not oppose this motion.

7. A proposed Order is attached.

Respectfully submitted,

/s/Scott A. Srebnick
Scott A. Srebnick, Esq.
(FL Bar No. 872910)
**Scott A. Srebnick, P.A.**
201 South Biscayne Boulevard, Suite 1380
Miami, Florida 33131
Scott@srebnicklaw.com
(305) 285-9019

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed and served on all parties through CM/ECF this 28th day of May, 2015.

/s Scott A. Srebnick
SCOTT A. SREBNICK, ESQ.

2