Daniel Gielchinsky
1177 Kane Concourse, #302
Bay Harbor Islands, FL 33154

August 24, 2015

Honorable William P. Dimitrouleas
United States District Judge
United States Courthouse
299 East Broward Blvd. #205F
Fort Lauderdale, FL 33301

Re: Michael Szafranski, Case No.: 15-cr-60010-WPD

Dear Judge Dimitrouleas:

My name is Daniel Gielchinsky. I am an active lay-leader and hold several executive and board level positions in local Jewish community organizations. I am also an attorney, and moved here from New York in 2011 to work for one of the large Miami law firms that was involved in the RRA matter. Most importantly, I am the father of two young children.

I met Michael Szafranski in the fall of 2011 through mutual friends in the community. I have personally observed Michael devoting significant time to his synagogue and have prayed with him dozens of times. I have also personally observed Michael spending quality time with his children, taking them to synagogue, baseball games and restaurants. It is apparent to me that Michael takes his role as a father very seriously, and that his children benefit from Michael's active involvement in their lives.

Michael has already suffered a great deal of shame within the community as a result of this case, and will carry this heavy burden for the rest of his life. I believe that employing alternatives to incarceration in this case would accomplish the same goals, meet society's needs and have a positive impact on Michael and his family.

Thank you for your consideration of this matter.

Respectfully submitted,

Daniel Gielchinsky