UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,    CASE NO.  15-60010-CR-DIMITROULEAS

    Plaintiff,

vs.

MICHAEL SZAFRANSKI,

    Defendant.
_____/

**NOTICE OF RECEIPT**

    THE COURT hereby gives Notice of Receipt of a September 24, 2015 letter from Rabbi Arthur (Avraham) Rockmill, received in Chambers on October 23, 2015.

    DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 23rd day of October, 2015.

*[Signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of Record