UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-60010-CR-DIMITROULEAS

UNITED STATES OF AMERICA

v.

MICHAEL SZAFRANSKI,

        Defendant.
_____/

JOINT MOTION FOR REDUCTION OF SENTENCE

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorneys, and files this Motion, pursuant to Rule 35(b), Fed.R.Crim.P., requesting a reduction of the defendant's sentence by one-third to twenty (20) months' incarceration, and hereby asserts that the defendant has provided substantial assistance in the investigation or prosecution of another person who has committed an offense.

1. On July 29, 2015, the defendant pled guilty to a Superseding Information charging him with Conspiracy to Commit Wire Fraud, in violation of 18 U.S.C. § 371 (DE 44).

2. On October 26, 2015, the defendant was sentenced to 30 months' imprisonment followed by 3 years of supervised release (DE 65, 66).

3. On October 26, 2015, the defendant was remanded and commenced service of his sentence.

Basis for the Motion

4. The basis for the defendant's guilty plea was his activities with Scott W. Rothstein, who was the Chairman and CEO of the Ft. Lauderdale law firm of Rothstein, Rosenfeldt and

Adler, P.A. (RRA). On or about November 1, 2009, it was discovered that RRA was being utilized by Rothstein to conduct a large investment fraud through the sale of fictitious confidential settlements. Prior to entering his guilty plea, Szafranski agreed to cooperate with agents and prosecutors in an ongoing investigation of TD Bank Regional Vice President Frank Spinosa. Spinosa and Rothstein had agreed to utilize the prestige and legitimacy of TD Bank, and Spinosa's position as Regional Vice President, to give investors in the scheme a false sense of security and induce them into investing in the confidential settlements by fraudulently creating documents that made it appear that certain investment funds were being held in restricted accounts at TD Bank, when they were not, and by fraudulently asserting that certain balances were being held within specified accounts at TD Bank, when they were not. Szafranski had attended meetings with Spinosa and was prepared to testify that, during these meetings, Spinosa had falsely informed investors that certain funds were contained in accounts at TD Bank and had been restricted to only paying those investors. In fact, no restrictions were placed on those accounts which would have prevented Rothstein from executing transactions of funds out of those accounts. Ultimately those funds were distributed at the direction of Rothstein for his own benefit or to further his fraudulent investment scheme by paying investors other than the persons or entities to whom Spinosa had assured those funds had been restricted.

     5. Szafranski's identity as a witness against Spinosa was revealed to Spinosa's attorney. On October 8, 2015, Spinosa pled guilty for his role in the scheme (Case No. 14-60257-CR-BLOOM). On December 18, 2015, Spinosa was sentenced to thirty (30) months' imprisonment followed by one (1) year of supervised release.

6. Based upon the aforesaid, the government moves the Court to reduce the incarcerative portion of the defendant's sentence by one-third to twenty (20) months.

7. The parties are requesting that the instant Motion be granted at this time without requiring the presence of the defendant.

8. The undersigned have consulted with Scott A. Srebnick, counsel for the defendant, and are authorized to represent that the defendant joins in the instant Motion.

WHEREFORE, the government and the defendant respectfully request that the Court grant the foregoing Motion without requiring the attendance of the defendant, reduce the incarcerative portion of the defendant's sentence to twenty (20) months in the custody of the Bureau of Prisons, with all other provisions of the defendant's original sentence remaining the same.

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY
500 East Broward Blvd., Suite 700
Fort Lauderdale, FL 33394
Telephone: (954) 356-7255

BY:   /s/ Lawrence D. LaVecchio
LAWRENCE D. LaVECCHIO
Assistant U.S. Attorney
Florida Bar No 0305405

/s/ Paul F. Schwartz
PAUL F. SCHWARTZ
Assistant U.S. Attorney
Court I.D. No. A5500086

/s/ Jeffrey N. Kaplan
JEFFREY N. KAPLAN
Assistant U.S. Attorney
Court I.D. No. A5500030

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on March 16, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

/s/ Lawrence D. LaVecchio<br>LAWRENCE D. LaVECCHIO