UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,	CASE NO.  15-60010-CR-DIMITROULEAS

　　　　Plaintiff,

vs.

MICHAEL SZAFRANSKI,

　　　　Defendant.
_____/

**O R D E R**

THIS CAUSE is before the Court on the March 16, 2016 Joint Motion for Reduction of sentence [DE-67].  The parties have waived the Defendant's presence and agreed to a reduction.

It is therefore, ORDERED AND ADJUDGED that the Joint Motion [DE-67] is Granted.  The sentence is reduced to 20 months, with all other aspects of the sentencing remaining the same.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 16th day of March, 2016.

　　　　　　　　　　　　　　　　*/s/ William P. Dimitrouleas*
　　　　　　　　　　　　　　　　WILLIAM P. DIMITROULEAS
　　　　　　　　　　　　　　　　United States District Judge

Copies furnished to:

Counsel of Record